# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

132610

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellant,

v

              SC: 132610
              COA: 273676
              Genesee CC: 2006-018001-FC
JOSEPH P. GIACALONE and       2006-018002-FC
DANIEL ROBIN,
    Defendants-Appellees.

_____/

   On order of the Court, the application for leave to appeal the November 17, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

t0416

_____
Clerk